### HARRY WILSON v. THE STATE.

No. 4541. Decided June 20, 1917.

**Perjury—Final Sentence—Practice on Appeal.**

In the absence of a final judgment and sentence in the record, the appeal must be dismissed on motion of the State.

Appeal from Bosque. Tried below before the Hon. O L. Lockett.

Appeal from a conviction of perjury; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

PRENDERGAST, JUDGE.—This is an appeal from a conviction for perjury and the lowest punishment assessed.

When appellant's motion for a new trial was overruled he then gave notice of appeal, which was duly entered at the time in the minutes of the court. There is no sentence—final judgment—in the record.

The Assistant Attorney General's motion to dismiss the appeal will, therefore, be granted.

Appeal dismissed.

*Dismissed.*